UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                     CASE NO.  3:08-mj-0028 CMK

vs.                                          ORDER TO PAY

TREVOR LEE RADEY

The Defendant, having been found guilty of violating 36 CFR 261.58 (bb), minor in possession of alcohol, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

　　　Fine: $490.00                          Assessment: $10.00

(X )   FINE AND ASSESSMENT TOTAL OF $500.00 is all due and payable on or before December 31, 2008, to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814.

(X )   PROBATION to be unsupervised for a period of six months.  Probation to terminate upon payment of the fine and assessment in full.

DATED: December 9, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE